IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **RAMON ESPINOSA** ) | |
| ) | |
| Plaintiff, ) | |
| **v.** ) | Civil Action No: 1:24cv0143-PTG-LRV |
| ) | |
| ) | |
| **TRANS UNION, LLC.** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF AGREEMENT TO SETTLE**

Please be advised that the parties have reached an agreement to settle and resolve all the outstanding issues in the above captioned matter. An initial draft of the settlement agreement has been exchanged and the parties reasonably anticipate a final resolution on or before the end of November, 2024.

Accordingly, the parties notify the court so it can remove this matter from the court's trial docket and retain jurisdiction pending the time the parties are able to complete and finalize the settlement at which time the parties will present the court with a Stipulation of Dismissal.

In the event that the court prefers a different procedure for completion of the settlement and cancellation of the scheduled trial, the parties would request that the court notify them so that the parties can respond accordingly.

    RESPECTFULLY SUBMITTED
    RAMON ESPINOSA

    /s/ A. Hugo Blankingship, III
    By: Counsel

A. Hugo Blankingship, III
Thomas B. Christiano
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
(571) 313-0412
F:(571) 313-0582
hugo@blankingship.com

## CERTIFICATE OF SERVICE

I certify that on October 18, 2024, I caused the foregoing document to be filed with the Clerk of the Court using CM/ECF system which will send notice of electronic filing to all counsel of record.

                                                                      /s/
                                       A. Hugo Blankingship, III
                                       Va. Bar Number 26424
                                       Attorney for Ramon Espinosa
                                       Blankingship & Christiano, P.C.
                                       11862 Sunrise Valley Drive, Ste. 201
                                       Reston, Virginia 20191
                                       Telephone: (571) 313-0412
                                       Facsimile: (571) 313-0582
                                       Email: hugo@blankingship.com