IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RAMON ESPINOSA | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:24cv-0143 |
| TRANS UNION, LLC | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Ramon Espinosa and Defendant TransUnion, LLC, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Ramon Espinosa and Defendant Trans Union, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorney fees to be paid by the party incurring same.

SO ORDERED on this __17th__ day of December 2024

_____
Patricia Tolliver Giles
United States District Judge

Respectfully Submitted,


<u>/s/     A. Hugo Blankingship, III</u>
A. Hugo Blankingship, III VSB# 26424
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
Telephone (571) 313-0412
Facsimile  (571) 313-0582
hugo@blankingship.com
*Attorneys for Plaintiff*


<u>/s/     Karima Tawfik</u>
Karima Tawfik, Esq.
Buchanan Ingersoll & Rooney PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: 202-452-7996
Fax: 202-452-7989
Karima.tawfik@bipc.com

Samantha L. Southall, Esq.
Andrew G. Hope, Esq.
Buchanan Ingersoll & Rooney PC
50 S 16th St. Suite 3200
Philadelphia, PA 19102
Telephone: 215-665-3884
Fax: 215-665-8760
samanatha.southall@bipc.com
andrew.hope@bipc.com
*Attorney for Defendant*